IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:06CV396

| | |
|---|---|
| MEINEKE CAR CARE CENTERS, INC., | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| THOMAS R. BURTON, AUTO EXPRESS INC., NANCY BURTON, and CHARLES E. GARRISON, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on Terry J. Klaasen's duplicate Motions for Leave to Appear *Pro Hac Vice* (documents #16 & 17) filed November 6, 2006 on behalf of Defendant, Charles E. Garrison. It appears that Plaintiff filed a Stipulation of Dismissal as to Charles E. Garrison only on November 14, 2006 (document #22), and these motions are therefore moot.

**IT IS THEREFORE ORDERED** that the aforementioned motions are **DENIED** as moot.

Signed: November 21, 2006

David C. Keesler
United States Magistrate Judge