IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:06-CV-396-W

| | | |
|---|---|---|
| MEINEKE CAR CARE CENTERS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| THOMAS R. BURTON, et al., | ) ) ) | |
| Defendants. | ) ) | |

THIS MATTER comes now before the Court on Meineke's motion for default judgment (Doc. No. 27). Meineke's motion is summarily DENIED, without prejudice to amend and refile within the next thirty (30) days, in light of the Court's decision issued today in the case of <u>Meineke Car Care Centers, Inc. v. Duvall</u>, No. 3:06-CV-180.

IT IS SO ORDERED.

Signed: April 12, 2007

Frank D. Whitney
United States District Judge